AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Trimble, Jr, James T. | 2. Court or Organization<br><br>U S District Court for the Western District of Louisiana | 3. Date of Report<br><br>10/04/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Senior District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ✔ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>U S District Court for the Western District of Louisiana<br>P O Box 1031<br>Alexandria, Louisiana 71309 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/04/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/04/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ADP | A | Dividend | J | T | | | | | |
| 2. KO | A | Dividend | J | T | | | | | |
| 3. CREE | A | Dividend | J | T | | | | | |
| 4. | | | | | Buy | 09/23/13 | J | | |
| 5. NYVTX | A | Dividend | J | T | | | | | |
| 6. | | | | | Buy | 11/11/13 | J | | |
| 7. DE | A | Dividend | J | T | | | | | |
| 8. DUR | A | Dividend | J | T | | | | | |
| 9. | | | | | Buy | 09/03/13 | J | | |
| 10. KRFT | A | Dividend | J | T | | | | | |
| 11. RTN | A | Dividend | J | T | | | | | |
| 12. | | | | | Sold (part) | 09/03/13 | J | B | |
| 13. ETN | A | Dividend | J | T | | | | | |
| 14. GSDTX | A | Dividend | J | T | | | | | |
| 15. GSZAX | A | Dividend | J | T | | | | | |
| 16. | | | | | Buy | 06/10/13 | J | | |
| 17. HTGC | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 01/08/13 | J | | |
| 19.  AM FIRST QUANT DEF GRW INC | A | Dividend | J | T | | | | | |
| 20. | | | | | Buy | 06/10/13 | J | | |
| 21.  FCSAX | B | Dividend | K | T | | | | | |
| 22. | | | | | Sold (part) | 03/01/13 | J | | |
| 23. | | | | | Sold (part) | 06/26/13 | J | | |
| 24. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 25. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 26.  FSGFX | B | Dividend | K | T | | | | | |
| 27. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 28. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 29.  FVSAX | B | Dividend | K | T | | | | | |
| 30. | | | | | Buy (add'l) | 10/07/13 | J | | |
| 31.  FSAMX | A | Dividend | J | T | | | | | |
| 32.  FUSOX | B | Dividend | J | T | | | | | |
| 33.  FSCFX | B | Dividend | J | T | | | | | |
| 34. | | | | | Buy (add'l) | 10/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/04/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. FILFX | A | Dividend | L | T | | | | | |
| 36. | | | | | Buy (add'l) | 01/25/13 | J | | |
| 37. | | | | | Sold (part) | 03/01/13 | J | | |
| 38. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 39. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 40. | | | | | Buy (add'l) | 10/07/13 | J | | |
| 41. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 42. FSAGX | A | Dividend | | | Sold | 05/23/13 | J | | |
| 43. FTBFX | A | Dividend | J | T | | | | | |
| 44. | | | | | Sold (part) | 10/07/13 | J | | |
| 45. FAUDX | A | Dividend | J | T | | | | | |
| 46. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 47. | | | | | Buy (add'l) | 07/24/13 | J | | |
| 48. | | | | | Sold (part) | 08/08/13 | J | | |
| 49. | | | | | Buy (add'l) | 10/07/13 | J | | |
| 50. FPIOX | A | Dividend | J | T | | | | | |
| 51. | | | | | Sold (part) | 10/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FPCIX | A | Dividend | K | T | | | | | |
| 53. | | | | | Buy (add'l) | 01/25/13 | J | | |
| 54. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 55. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 56. | | | | | Buy (add'l) | 07/24/13 | J | | |
| 57. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 58. | | | | | Sold (part) | 10/07/13 | J | | |
| 59. FNSXX(FORMERLY-FIMM MMK PORT) INST CL) 36 | A | Dividend | J | T | | | | | |
| 60. | | | | | Sold (part) | 01/25/13 | J | | |
| 61. | | | | | Sold (part) | 03/18/13 | J | | |
| 62. | | | | | Sold (part) | 05/23/13 | J | | |
| 63. | | | | | Sold (part) | 07/24/13 | J | | |
| 64. MERFX | | None | | | Sold (part) | 03/01/13 | J | | |
| 65. | | | | | Sold | 10/07/13 | J | | |
| 66. ARDNX | A | Dividend | J | T | | | | | |
| 67. MWLDX( FORMERLY CREDIT SUISSE COMMD RTN STRETEGY INSTL SH) | | None | | | Sold | 10/07/13 | J | | |
| 68. PTRAX(FORMERLY PIMCO SHORT TEM ADM SHARES) 46 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/07/13 | J | | |
| 70. PSFAX | A | Dividend | J | T | | | | | |
| 71. PTINX(FORMERLY TEMPLETON GLOB BOND) 49 | A | Dividend | J | T | | | | | |
| 72. BXMMX | A | Dividend | J | T | | | | | |
| 73. | | | | | Buy | 08/08/13 | J | | |
| 74. FSHBX | A | Dividend | J | T | | | | | |
| 75. | | | | | Buy | 10/07/13 | J | | |
| 76. GE | | None | | | Sold | 05/30/13 | J | | |
| 77. PFF | A | Dividend | J | T | | | | | |
| 78. | | | | | Buy | 05/23/13 | K | | |
| 79. | | | | | Sold (part) | 05/23/13 | J | | |
| 80. MUR | | None | | | Sold | 05/23/13 | J | | |
| 81. SLMCX | | None | J | T | | | | | |
| 82. FDAGX (FIDELITY ADVISORS CONSUM STAPLES) | A | Dividend | K | T | Buy | 07/01/13 | J | | |
| 83. FKUTX | A | Dividend | K | T | | | | | |
| 84. TAGRX | A | Dividend | K | T | | | | | |
| 85. DEEAX | | None | | | Sold | 01/29/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FAFTX | A | Dividend | K | T | | | | | |
| 87. PRTNX(FORMERLY PIMCO REAL RETURN) | A | Dividend | K | T | | | | | |
| 88. CPHYX | A | Dividend | K | T | | | | | |
| 89. FRDPX- FRANKLIN RISING DIVIDEND | A | Dividend | J | T | | | | | |
| 90. | | | | | Buy | 05/13/13 | J | | |
| 91. IVV | A | Dividend | J | T | | | | | |
| 92. BARKSDALE FEDERAL CREDIT UNION | A | Interest | J | T | | | | | |
| 93. CAPITAL ONE | A | Interest | J | T | | | | | |
| 94. LPL FINANCIAL | A | Interest | J | T | | | | | |
| 95. EXXON | A | Interest | J | T | | | | | |
| 96. FIDELITY MANAGEMENT | A | Interest | J | T | | | | | |
| 97. FIDELITY CASH RESERVE | A | Interest | J | T | | | | | |
| 98. AM CENTURY QUANTITATIVE EQUITY FUND | A | Dividend | | | Sold | 01/15/13 | K | | |
| 99. LPL STRATEGIC ASSET MANAGEMET | A | Interest | J | T | | | | | |
| 100. STIFEL PRESTIGE & COMPANY | A | Dividend | J | T | | | | | |
| 101. RAINTREE ASSOCIATES LTD GULF PORT, MS | D | Rent | N | W | | | | | |
| 102. U S SAVINGS BONDS-SERIERS EE | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/04/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  FAIRPOINT COMMUNICATIONS INC | A | Dividend | | | Sold | 01/04/13 | J | | |
| 104.  FRONTIER COMMUNICATION CORP | A | Dividend | | | Sold | 01/04/13 | J | | |
| 105.  VERIZON COMMUNICATION | A | Dividend | | | Sold | 01/04/13 | J | | |
| 106. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr, James T. | 10/04/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ON THE 2012 REPORT THE FOLLOWING CHANGES
   20.FIDELITY CAP AND INCOME  (SOLD ALL)
   21 FIDELITY HIGH INCOME  (SOLD ALL)
   48 T ROWE PRICE HIGH YIELD (SOLD ALL)
   55 BLACKROCK NATL RES (SOLD ALL)
   56 INTREPID CAPITAL MGNT (SOLD ALL)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **James T. Trimble, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544